No. 87–1133. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF CLAREMORE, OKLAHOMA, ET AL. *v.* OKLAHOMA TAX COMMIS-· SION. Appeal from Sup. Ct. Okla. dismissed for want of juris-

diction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this case.